Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00318-CV

Kelley **BOYD**,
Appellant

v.

Jessica P. **BERNSTEIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-00221
Honorable Michael P. Peden, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   October 29, 2008

DISMISSED

The parties have filed a joint motion, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2), stating they have resolved the dispute at issue and requesting this court dismiss this appeal. The motion is granted and the appeal is hereby dismissed. TEX. R. APP. P. 42.1(a)(2).

PER CURIAM